1  Muriel B. Kaplan, Esq. (SBN 124607)
   Blake E. Williams, Esq. (SBN 233158)
2  SALTZMAN & JOHNSON LAW CORPORATION
   44 Montgomery Street, Suite 2110
3  San Francisco, CA 94104
   (415) 882-7900
4  (415) 882-9287 – Facsimile
   mkaplan@sjlawcorp.com
5  bwilliams@sjlawcorp.com

6  Attorneys for Plaintiffs

7

8                    UNITED STATES DISTRICT COURT

9           FOR THE NORTHERN DISTRICT OF CALIFORNIA

10
   BAY AREA PAINTERS AND TAPERS          Case No:  C10-0851 JSW
11 PENSION TRUST FUND, et al.,
                                         **PLAINTIFFS' CASE MANAGEMENT
12     Plaintiffs,                       CONFERENCE STATEMENT and
                                         REQUEST TO CONTINUE CASE
13         v.                            MANAGEMENT CONFERENCE;
                                         [PROPOSED] ORDER THEREON**
14 INTERIOR PARTITIONS, INC., a California
   Corporation, and JOHN HENRY KOOGLE, an   Date:    June 18, 2010
15 individual;                              Time:    1:30 p.m.
                                            Ctrm:    11, 19th Floor
16     Defendants.                          Judge:   The Honorable Jeffrey S. White

17

18         Plaintiffs herein respectfully submit their Case Management Statement, requesting that the

19 Case Management Conference, currently on calendar for June 18, 2010, be continued for

20 approximately 60 days.

21         1.     As the Court's records will reflect, the Complaint in this action was filed on March

22 1, 2010, and an Amended Complaint was filed on March 17, 2010 adding John Henry Koogle as

23 an individual Defendant.

24         2.     Defendant Interior Partitions, Inc. was served by mail on March 26, 2010, with the

25 Amended Summons, Amended Complaint and related documents, following three attempts at

26 service on the corporate defendant. A Proof of Service and Declaration re Diligence was filed with

27 the Court on April 1, 2010.

28
                                                                              **-1-**
                              **PLAINTIFFS' CASE MANAGEMENT CONFERENCE STATEMENT
                              and REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE
                              Case No.: C10-0851 JSW**

3.     Defendant John Henry Koogle. was also served by mail on March 26, 2010, with the Amended Summons, Amended Complaint and related documents, following three attempts at service on the individual defendant. A Proof of Service and Declaration re Diligence was filed with the Court on May 6, 2010.

4.     The Clerk entered the default of Defendant Interior Partitions, Inc. on May 19, 2010.

5.     On May 27, 2010, Plaintiffs filed a Notice of Automatic Stay Under 11 U.S.C. Section 362 as to Defendant John Henry Koogle only, pursuant to that individual Defendant's bankruptcy filing on May 13, 2010. Accordingly, at this time Plaintiffs' action will proceed against Defendant Interior Partitions, Inc. only.

6.     Plaintiffs anticipate filing their Motion for Default Judgment against the corporate Defendant within three to four weeks.  Accordingly, Plaintiffs respectfully request that the Case Management Conference, currently scheduled for June 18, 2010, be continued to either coincide with the date set for the Motion; or continued for 60 days to allow disposition of the Motion; or vacated entirely.

///
///
///
///
///
///
///
///
///
///
///
///
///

P:\CLIENTS\PATCL\Interior Partitions 2\Pleadings\C10-0851 JSW\C10-0851 JSW CMC Statement 060810.DOC

1    7.    There are no issues that need to be addressed by the parties at the currently

2  scheduled Case Management Conference.  In the interest of conserving costs as well as the Court's

3  time and resources, Plaintiffs respectfully request that the Court continue the currently scheduled

4  Case Management Conference.

5    I declare under penalty of perjury that I am the attorney for the Plaintiffs in the above

6  entitled action, and that the foregoing is true of my own knowledge.

7    Executed this 8th day of June, 2010, at San Francisco, California.

8                                SALTZMAN & JOHNSON
                                LAW CORPORATION
9

10                          By:   /S/Blake E. Williams
                                Blake E. Williams
11                                Attorneys for Plaintiffs

12
    IT IS SO ORDERED.
13

14    The currently set Case Management Conference is hereby continued to
    July 16, 2010                   at   1:30 p.m.                 , and all previously set deadlines and
15  dates related to this case are continued accordingly.
    If Plaintiffs file a motion for default judgment before that date, the case management conference
16  shall be vacated.

17  Date: June 9, 2010
                                _____
18                              THE HONORABLE JEFFREY S. WHITE
                                UNITED STATES DISTRICT COURT JUDGE

19

20

21

22

23

24

25

26

27

28
                    **PLAINTIFFS' CASE MANAGEMENT CONFERENCE STATEMENT**
                    **and REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE**
                    **Case No.: C10-0851 JSW**

P:\CLIENTS\PATCL\Interior Partitions 2\Pleadings\C10-0851 JSW\C10-0851 JSW CMC Statement 060810.DOC