IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BAY AREA PAINTERS AND TAPERS
PENSION TRUST FUND, et al.,

    Plaintiffs,

  v.

INTERIOR PARTITIONS INC, et al.,

    Defendants.
                              /

No. C 10-00851 JSW

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

On June 9, 2010, this Court granted Plaintiff's application to continue the case management conference originally scheduled for June 18, 2010 to July 16, 2010, and a case management conference statement was due on July 9, 2010.

In their application, Plaintiffs stated that they anticipated filing a motion for default judgment against the corporate defendant. No such motion has been filed, and Plaintiffs have not filed a case management statement.

The Court HEREBY CONTINUES the case management conference set for July 16, 2010 at 1:30 p.m. to September 17, 2010 at 1:30 p.m. If a motion for default judgment is filed before that date, the case management conference shall be vacated.

**IT IS SO ORDERED.**

Dated: July 13, 2010

                                                      JEFFREY S. WHITE
                                                    UNITED STATES DISTRICT JUDGE