**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BAY AREA PAINTERS AND TAPERS
PENSION TRUST FUND, et al.,

    Plaintiffs,

v.

INTERIOR PARTITIONS INC, et al.,

    Defendants.

No. C 10-00851 JSW

**ORDER ADOPTING REPORT AND RECOMMENDATION ON PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT**

Now before the Court for consideration is the Report and Recommendation prepared by Magistrate Judge Maria-Elena James, in which she recommends that the Court grant Plaintiffs' motion for default judgment. The Court has considered the Report, the parties' papers, relevant legal authority, and the record in this case, and finds it well-reasoned and thorough, and ADOPTS it in every respect. Accordingly, Plaintiffs' motion for default judgment is GRANTED. Plaintiffs are HEREBY AWARDED $14,051.65 as follows:

1.    $1,549.74, the sum of contribution underpayments and liquidated damages and interest thereon; plus

2.    $625.25 in liquidated damages and interest accrued in July 2009; plus

3.    $1,809.77, the sum of the contribution shortage in August 2009 and liquidated damages and interest accrued; plus

4.    $158.08 in liquidated damages and interest accrued in September 2009; plus

//

5. $2,354.25 in audit testing fees; plus

6. $6,454.00 in attorney's fees and $1,073.56 in costs.

A separate judgment shall be issued, and the Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: November 29, 2010

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California

2